IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JADA ANN THORNTON, an incapacitated
person, by her Mother and Next Friend,
NATALIE BRIGGS,

        Plaintiff,

v.                                       Civil Action No. 3:24-cv-859

CHESTERFIELD COUNTY
PUBLIC SCHOOLS, *et al.*,

        Defendants.

## NOTICE OF REMOVAL

Defendants, the Chesterfield County School Board, improperly named as "Chesterfield County Schools" (the "School Board"), Anthony McLaurin ("Principal Mclaurin"), and "John/Jane Doe, Bus Driver," by counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove this action to the United States District Court for the Eastern District of Virginia, Richmond Division, on the following grounds:

1.      On or about November 4, 2024, the Complaint attached as **Exhibit A** was deemed filed in the Circuit Court for the County of Chesterfield, Virginia.

2.      On or about November 8, 2024, copies of the Complaint and summonses were served on the School Board and on Principal McLaurin. Proofs of Service, attached as **Exhibit B**.

3.      Plaintiff's lawsuit arises out of sexual assaults committed by a non-party on or about November 3, 2022, and November 4, 2022, in Chesterfield County, Virginia.

4.      In her Complaint, the Plaintiff alleges that the Defendants failed to prevent these sexual assaults, and in so failing, Defendants thereby violated her right to substantive due process

1

right under the Fourteenth Amendment to the United States Constitution and were grossly negligent under Virginia law. Plaintiff brings her federal claim under 42 U.S.C. § 1983.

5.    Federal courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. As such, this Court has original jurisdiction over Plaintiff's federal claim brought pursuant to 42 U.S.C. § 1983, and ancillary jurisdiction over her state law claim pursuant to 28 U.S.C. § 1367(a).

6.    Removal of this action is timely and proper pursuant to 28 U.S.C. §§ 1441 and 1446.

7.    The United States District Court for the Eastern District of Virginia, Richmond Division, is the district and division embracing the Circuit Court for the County of Chesterfield, Virginia, which is where this action is pending. Venue is therefore proper in the United States District Court for the Eastern District of Virginia, Richmond Division, pursuant to 28 U.S.C. § 1441(a).

8.    In accordance with 28 U.S.C. § 1446(d), written notice of the filing for this Notice of Removal is being promptly provided to the Plaintiff and to the Clerk of the Circuit Court for the County of Chesterfield, Virginia, a copy of which is attached as **Exhibit C**.

CHESTERFIELD COUNTY
SCHOOL BOARD, ANTHONY
MCLAURIN and JOHN/JANE
DOE, BUS DRIVER


By: */s/ Robert B. McEntee, III*
      *Counsel*

Jeffrey R. Mincks (VSB No. 18317)
County Attorney
Robert B. McEntee, III (VSB No. 89390)
Assistant County Attorney
Chesterfield County, Virginia
P.O. Box 40

Chesterfield, VA 23832
Telephone: (804) 748-1797 (McEntee)
Facsimile: (804) 706-2615
mcenteer@chesterfield.gov
*Counsel for Chesterfield County Public Schools*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was

mailed via First Class U.S. Mail, postage prepaid, this 2nd day of December 2024, to:

Charlotte P. Hodges, Esq.
B.I.G. Legal Services, PLLC
P.O. Box 4302
Midlothian, VA 23112
biglegal10@verizon.net
*Counsel for Plaintiff*

*/s/ Robert B. McEntee, III*___
Robert B. McEntee, III